# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| IN RE: ) | |
| ) | |
| REASSIGNMENT OF PENDING CIVIL AND ) | Misc. No. 2026-3 |
| CRIMINAL CASES TO UNITED STATES ) | |
| CHIEF DISTRICT JUDGE ROBERT A. MOLLOY ) | |

## ORDER OF REASSIGNMENT

On February 14, 2025, the Chief Judge of the United States Court of Appeals for the Third Circuit recalled the Honorable Wilma A. Lewis to perform assigned judicial duties in the District of the Virgin Islands for the period beginning February 15, 2025, through and including February 16, 2026. During the term of her recall status, the Honorable Wilma A. Lewis elected not to extend her recall status and instead serve as a Senior District Judge not on recall. Accordingly, due to the expiration of the recall status of the Honorable Wilma A. Lewis, it is hereby

**ORDERED** that the Clerk of Court shall promptly reassign all pending cases previously assigned to the Honorable Wilma A. Lewis to Chief Judge Robert A. Molloy.

**SO ORDERED.**

**Dated:** February 17, 2026  　　　　　　　　　　　　　　*/s/ Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**