**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **FRANK B. DAY, ARTHUR WONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:13-44** |
| | : | |
| **ROBERT W WHITE** | : | |

# <u>ORDER</u>

**AND NOW**, this 10th day of April 2026, upon learning in the later-filed declaratory judgment action docketed at No.: 1:18-cv-18 of the passing of the Plaintiffs in 2025 inexplicably without Rule 25(a)(1) notice to this Court consistent with Plaintiffs' counsel's duties of communication, diligence, and candor (among others), and Plaintiff still not moving for substitution of a party in this case let alone advising the Court of the Plaintiffs' deaths in this case, it is **ORDERED** all counsel of record are **attached** for a status telephonic conference not exceeding thirty minutes in this case and the related case at No. 1:18-cv-18 on **April 13, 2026** at **3:15 P.M.** via ZoomGov (1-646-828-7666; Meeting ID: 160 099 8969; Passcode: 737161) to address the further progress of this case and explain Plaintiffs' counsel's delay in advising this Court of both of his clients' passing.

_____
**KEARNEY, J.**