IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

FRANK B. DAY, ARTHUR WONG     :  CIVIL ACTION
                              :
            v.                :  NO. 1:13-44
                              :
ROBERT W WHITE                :

## ORDER

AND NOW, this 14th day of April 2026, following yesterday's conference (ECF 132) addressing how we progress after Notice (ECF 70 in 1:18-cv-18) of the passing of the two Plaintiffs last year, and finding good cause consistent with Rule 25, it is **ORDERED** we:

1.   **Require** counsel for Frank B. Day and Arthur Wong:

   a.   File a suggestion of death by no later than **April 15, 2026;**

   b.   Email a joint letter not exceeding three pages to our Chambers on **May 11, 2026** and **June 11, 2026** detailing the parties' progress in resolving their issues including whether the parties can expedite the substitution of an estate for Messers. Day and Wong in this case and No. 1:18-cv-18; and,

2.   **Remind** Plaintiffs of their obligations under Rule 25.

_____
KEARNEY, J.