**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| FRANK B. DAY and ARTHUR WONG <br><br> Plaintiff <br><br> V <br><br> ROBERT WHITE a/k/a ROBERT W. WHITE <br><br> Defendant | CASE NO. 1:13-cv-00044 <br><br> ACTION ON A PROMISSORY NOTE <br> BREACH OF CONTRACT AND DAMAGES |

### SUGGESTION OF DEATH UNDER RULE 25(a)(1)

COMES NOW Kevin A. Rames, Esq., of K.A. Rames, P.C., counsel of record for Defendants, and Andrew C. Simpson of Andrew C. Simpson, P.C., counsel for Plaintiff, and suggest upon the record that Defendants Frank B. Day and Arthur Wong passed away during the pendency of this Civil Action. Defendant Frank B. Day, age 93, passed away in Denver, Colorado on August 13, 2025. *See:* Obituary of Frank B. Day at Exhibit A.  Defendant Arthur Wong, age 92, passed away in Chicago, Illinois on February 26, 2025. *See:* Obituary of Arthur Wong at Exhibit B.

April 13, 2026

*/s/ Andrew C. Simpson, Esq*.
ANDREW C. SIMPSON, P.C.
Andrew C. Simpson (VI Bar 451)
2191 Church Street, Suite 5
Christiansted, VI 00820
Telephone (340) 719- 3900 Email:
asimpson@coralbrief.com

*Counsel for Robert White*

*/s/ Kevin A. Rames, Esq.*
K. A. RAMES, P.C.
Kevin A. Rames, Esq. (V.I. Bar 193)
2111 Company Street, Suite 3
Christiansted, VI 00820
Telephone: (340) 773-7284
Email: kevin.rames@rameslaw.com

*Counsel of record for Frank Day and Arthur Wong*