**THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG** | |
| **Plaintiffs, Counterclaim-Defendants** | **CIVIL NUMBER  13 - 44** |
| **v.** | |
| **ROBERT WHITE a/k/a ROBERT W. WHITE** | **ACTION FOR BREACH OF CONTRACT** |
| **Defendant, Counterclaim-Plaintiff** | |

## MOTION FOR SUBSTITUTION

COMES NOW Petitioner Gina R. Day, by and though counsel, The Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) and moves this honorable Court, under and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, to substitute her as Plaintiff in this cause in the place and stead of Plaintiff Frank B. Day, deceased.

In support of this Motion, Petitioner Gina R. Day has filed herewith a Memorandum of Points and Authorities, the Exhibits thereto and a proposed Order.

WHEREFORE, Petitioner prays that this honorable Court grant her Motion for Substitution.

May 2, 2026

Respectfully submitted,

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq
V.I. Bar Number 193
K.A. Rames, P.C.
2111 Company Street, Suite 3
Christiansted, VI 00820
Telephone: (340) 227-9311
Telefax: (340) 773-7282
kevin.rames@rameslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2026, I caused a true and correct copy of the foregoing Motion for Substitution to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, P.C., through the CM/ECF System of this Court.

/s/ Kevin A. Rames, Esq.
Kevin A. Rames, Esq.