**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>     **Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER   13 - 44**<br><br><br>**ACTION FOR BREACH OF CONTRACT** |

## ORDER ON MOTION FOR SUBSTITUTION

THIS MATTER is before the Court on Motion of the Petitioner, Gina R. Day, for an Order, under and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, to substitute her as Plaintiff in this cause in the place and stead of Frank B. Day.

The premises considered, and good cause appearing therefor, it is ORDERED that Petitioner Gina R. Day be and she hereby is substituted for Frank B. Day as Plaintiff in this cause, and, it is further, ORDERED, that the caption of this case is hereby changed in conformity with this substitution.

DONE AND SO ORDERED THIS ___ day of May, 2026.


_____
KEARNEY, J