**THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>        **Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER  13 - 44**<br><br><br>**ACTION FOR BREACH OF CONTRACT** |

**MOTION FOR SUBSTITUTION**

COMES NOW Petitioners Melissa W. Aagesen and David M. Wong, by and though counsel, The Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) and moves this honorable Court, under and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, to substitute them as Plaintiffs in this cause in the place and stead of Plaintiff Arthur Wong, deceased.

In support of this Motion, Petitioners Melissa W. Aagesen and David M. Wong have filed herewith a Memorandum of Points and Authorities, the Exhibits thereto and a proposed Order.

WHEREFORE, Petitioners pray that this honorable Court grant their Motion for Substitution.

May 2, 2026                                 Respectfully submitted,

                                                     */s/ Kevin A. Rames, Esq.*
                                                     Kevin A. Rames, Esq
                                                     V.I. Bar Number 193
                                                     K.A. Rames, P.C.
                                                     2111 Company Street, Suite 3
                                                     Christiansted, VI 00820
                                                     Telephone: (340) 227-9311
                                                     Telefax: (340) 773-7282
                                                     kevin.rames@rameslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May, 2026, I caused a true and correct copy of the foregoing Motion for Substitution to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, P.C., through the CM/ECF System of this Court.

/s/ Kevin A. Rames, Esq.
Kevin A. Rames, Esq.