| District Court<br>Boulder County, Colorado<br>Court Address: 1777 6th St., Boulder, CO 80302<br>Mailing Address: PO Box 4249, Boulder, CO 80306 | ▲ COURT USE ONLY ▲ |
|---|---|
| **In the Matter of the Estate of:** | Case Number: **2025PR30626** |
| # FRANK B. DAY, a/k/a FRANK BONAR DAY and FRANK DAY | |
| **Deceased** | Division **5**    Courtroom |

## LETTERS TESTAMENTARY

<u>**Gina R. Day**</u> was appointed or qualified by this court or its registrar on <u>**October 17, 2025**</u>

as:

☑ Personal Representative; or
☐ Successor Personal Representative.

The decedent died on <u>**August 13, 2025**</u>.

These Letters are proof of the Personal Representative's authority to act pursuant to § 15-12-701, et. seq., C.R.S.

☑ The Personal Representative's authority is unrestricted; or
☐ The Personal Representative's authority is restricted as follows:

_____

Date: **October 17, 2025**

_____
Probate Registrar/(Deputy)Clerk of Court

---

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of

10|17|2025 _____ (date).

_____
Probate Registrar/(Deputy)Clerk of Court

[SEAL — BOULDER COUNTY COMBINED COURTS, COLORADO]

JDF 915SC  R9/2020    LETTERS TESTAMENTARY/OF ADMINISTRATION