**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>        **Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER   13 - 44**<br><br><br>**ACTION FOR BREACH OF CONTRACT** |

### ORDER ON MOTION FOR SUBSTITUTION

THIS MATTER is before the Court on Motion of the Petitioners, Melissa W. Aagesen and David M. Wong for an Order, under and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, to substitute them as Plaintiffs in this cause in the place and stead of their late father and predecessor in interest, Arthur Wong.

The premises considered, and good cause appearing therefor, it is ORDERED that Petitioners Melissa W. Aagesen and David M. Wong be and they are hereby substituted for their late father and predecessor in interest, Arthur Wong, as Plaintiffs in this cause, and, it is further, ORDERED, that the caption of this case is hereby changed in conformity with this substitution.

DONE AND SO ORDERED THIS ___ day of May, 2026.


_____
KEARNEY, J