**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG** <br><br> **Plaintiffs, Counterclaim-Defendants** <br> **v.** <br><br> **ROBERT WHITE a/k/a ROBERT W. WHITE** <br><br> **Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER  13 - 44** <br><br> **BREACH OF CONTRACT** |

## <u>NOTICE OF NO OBJECTION</u>

COMES NOW Petitioners Gina R. Day, Melissa W. Aagesen and David Wong, by and though counsel, the Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) to provide Notice to this honorable Court that the undersigned has met and conferred via email with Andrew C. Simpson, Esq., counsel for Defendant, Robert White a/k/a Robert W. White concerning Petitioners' pending Motion for Substitution.  Attorney Simpson has informed the undersigned that Defendant consents to the substitution of Gina R. Day for Frank B. Day and to the substitution of Melissa W. Aagesen and David Wong for Arthur Wong as Plaintiffs in this cause.

WHEREFORE, Petitioners Gina R. Day, Melissa W. Aagesen and David Wong, respectfully request that they be recognized and acknowledged as Plaintiffs in this cause in the place and stead of Frank B. Day and Arthur Wong, respectively.

May 3, 2026                                                    Respectfully submitted,

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq
V.I. Bar Number 193
K.A. Rames, P.C.
2111 Company Street, Suite 3
Christiansted, VI 00820
Telephone: (340) 227-9311
Telefax: (340) 773-7282
kevin.rames@rameslaw.com

Notice of No Objection
*Frank B. Day and Arthur Wong v. Robert White a/k/a Robert W White*
Civil No. 18-18
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2026, I caused a true and correct copy of the foregoing Notice of No Objection to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, PC, through the CM/ECF System of this Court.

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.