**THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>      **Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER  13 - 44**<br><br><br>**ACTION FOR BREACH OF CONTRACT** |

**MOTION FOR SUBSTITUTION**

COMES NOW Petitioner Gina R. Day, by and though counsel, The Law Office of K.A. Rames, P.C. (Kevin A. Rames, Esq., of counsel) and moves this honorable Court, under and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, to substitute her as Plaintiff in this cause in the place and stead of Plaintiff Frank B. Day, deceased.

The undersigned hereby gives Notice to this honorable Court that the undersigned has met and conferred via email with Andrew C. Simpson, Esq., counsel for Defendant-Counterclaimant Robert White *a/k/a* Robert W. White concerning Petitioner's Motion for Substitution.  Attorney Simpson has informed the undersigned that Defendant-Counterclaimant consents to the substitution of Gina R. Day for Frank B. Day as a Plaintiff-Counterclaim Defendant in this cause.

In support of this Motion, Petitioner Gina R. Day has filed herewith a Memorandum of Points and Authorities, the Exhibits thereto and a proposed Order.

WHEREFORE, Petitioner prays that this honorable Court grant her Motion for Substitution.

May 4, 2026                                          Respectfully submitted,

                                                    */s/ Kevin A. Rames, Esq.*
                                                    Kevin A. Rames, Esq
                                                    V.I. Bar Number 193
                                                    K.A. Rames, P.C.
                                                    2111 Company Street, Suite 3
                                                    Christiansted, VI 00820
                                                    Telephone: (340) 227-9311
                                                    Telefax: (340) 773-7282
                                                    kevin.rames@rameslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2026, I caused a true and correct copy of the foregoing Motion for Substitution to be delivered to Andrew C. Simpson, Esq., Law Offices of Andrew C. Simpson, P.C., through the CM/ECF System of this Court.

                                                    */s/ Kevin A. Rames, Esq.*
                                                    Kevin A. Rames, Esq.