### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **GINA R. DAY, MELISSA W. AAGESEN, DAVID WONG** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 1:13-44** |
| | : | |
| **ROBERT W WHITE** | : | |

## <u>ORDER</u>

**AND NOW**, this 5th day of May 2026, upon considering the compliant Motions for substitution by Petitioners Melissa W. Aagesen and David Wong on behalf of Arthur Wong (ECF 140) and Petitioner Gina Day on behalf of Frank B. Day (ECF 142), having considered the death certificates confirming the parties' deaths during the course of this case (ECF 140-2, 141-2), the letters testamentary appointing Gina R. Day as the personal representative of Frank B. Day (ECF 141-3), consistent with the parties' representations under a restatement of the declaration of trust as to Arthur Wong (ECF 140-3), Petitioners representing Plaintiff's consent to both substitutions, and for good cause, it is **ORDERED** we **GRANT** Petitioners' renewed Motions to substitute (ECF 140, 141) requiring we **amend** the caption as above to substitute Gina R. Day for Frank B. Day and Melissa A. Aagesen and David Wong for deceased Defendant Arthur Wong and amend the caption for all further proceedings.

_____
**KEARNEY, J.**