**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **GINA R. DAY, MELISSA W.** | : **CIVIL ACTION** |
| **AAGESEN, DAVID WONG** | : |
| | : |
| **v.** | : **NO. 1:13-44** |
| | : |
| **ROBERT W WHITE** | : |

## <u>ORDER</u>

**AND NOW**, this 29th day of May 2026, following our May 5, 2026 Order substituting parties (ECF 142) leading to our renewed review of Plaintiffs' Motion for summary judgment (ECF 122), Defendant's Opposition conceding summary judgment but for his argument of accord and satisfaction arguing the parties settled the claim and there are no further issues to resolve in this case (ECF 126), Plaintiffs' Reply (ECF 129), mindful of our April 2, 2026 Order and Memorandum in No. 1:18-18 (ECFs 68, 69) finding no basis for the accord and satisfaction defense as detailed in our April 2, 2026 Order in No. 1:18-18, and for good cause finding no genuine issue of material fact and judgment is warranted as a matter of law based on this Court's earlier rulings, it is **ORDERED** we **GRANT** Plaintiffs' Motion (ECF 122) requiring we:

1. **ENTER JUDGMENT** in favor of the Plaintiffs Gina R. Day, Melissa W. Aagesen, and David Wong and against Defendant Robert W. White in the amount of **$1,455,053.05** plus post-judgment interest at the federal statutory rate from the entry of this Order of Judgment to the date of payment; and,

2. **DIRECT** the Clerk of Court to **close** this case.

_____
**KEARNEY, J.**