**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

GINA R. DAY, MELISSA W. AAGESEN, AND
DAVID WONG,

PLAINTIFFS,

VS.

ROBERT WHITE ,

Defendant.

CASE NO. 1:13-CV-0044

**NOTICE OF APPEAL**

Robert White gives notice that he appeals from the final judgment in this matter entered on May 29, 2026 (Doc. No. 143). The scope of this appeal includes, without limitation, all underlying and collateral orders entered in this matter. The primary issue on appeal is that the Court entered summary judgment based upon White's accord and satisfaction defense when that defense is the subject of a related appeal in the United States Court of Appeals for the Third Circuit (White v. Day, Case No. 26-2353). Resolution of that appeal will determine whether White's accord and satisfaction defense in this case is viable.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Robert White

Dated: June 26, 2026         By:     /s/ Andrew C. Simpson
                                              Andrew C. Simpson (VI Bar 451)
                                              2191 Church Street, Suite 5
                                              Christiansted, VI 00820
                                              (T) 340-719-3900
                                              asimpson@coralbrief.com