**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2621

Gina Day, et al v. Robert White

(U.S. District Court No.: 1:13-cv-00044)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 20, 2026
JK/cc: Kevin A. Rames, Esq.
KaSandra N. Rogiers, Esq.
Andrew C. Simpson, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate