**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>**Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER 2013 - 44**<br><br>**ACTION ON PROMISSORY NOTE**<br>**ACTION FOR BREACH OF CONTRACT** |

**NOTICE OF FILING OF FORM AO51**

NOTICE IS HEREBY GIVEN that the undersigned has filed a **Form AO51**, the Clerk's Certification of a Judgment to be Registered in Another District, in this cause.

Respectfully submitted,

September 2, 2026

*/s/ Kevin A. Rames, Esq.*

Kevin A. Rames, Esq.
KaSandra N. Rogiers, Esq.
**K. A. RAMES, P.C.**
Suite 3, 2111 Company Street
Christiansted, St. Croix
U.S. Virgin Island 00820
Tel: (340) 773-7284
Fax: (340) 773-7282
kasandra.rogiers@rameslaw.com
kevin.rames@rameslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effectuate service on all counsel in this case.

*/s/ Kevin A. Rames, Esq.*
Kevin A. Rames, Esq.