**IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **FRANK B. DAY and ARTHUR WONG**<br><br>**Plaintiffs, Counterclaim-Defendants**<br>**v.**<br><br>**ROBERT WHITE a/k/a ROBERT W. WHITE**<br><br>**Defendant, Counterclaim-Plaintiff** | **CIVIL NUMBER 2013 - 44**<br><br>**ACTION ON PROMISSORY NOTE**<br>**ACTION FOR BREACH OF CONTRACT** |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

**I HEREBY CERTIFY** that the attached ORDER AND JUDGMENT is a copy of the Judgment entered by this Court on January 13, 2022.

**I ALSO CERTIFY** that, as appears from this Court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this Court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

DATE: ______________________, 2026

CLERK OF THE COURT

By: ________________________________
Clwerk or Deputy Clerk