**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **FRANK B. DAY and ARTHUR WONG,** | ) | |
| | ) | |
| **Plaintiffs/Counterclaim Defendants,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2013-0044** |
| | ) | |
| **ROBERT WHITE a/k/a ROBERT W. WHITE,** | ) | |
| | ) | |
| **Defendant/Counterclaimant.** | ) | |
| | ) | |

**Attorneys:**
**Kevin A. Rames, Esq.,**
**Semaj I. Johnson, Esq.,**
St. Croix, U.S.V.I.
*For Plaintiffs/Counterclaim Defendants*

**Andrew C. Simpson, Esq.,**
**Emily A. Shoup, Esq.,**
St. Croix, U.S.V.I.
*For Defendant/Counterclaimant*

## ORDER AND JUDGMENT

THIS MATTER comes before the Court on Plaintiffs/Counterclaim Defendants Frank B. Day and Arthur Wong's ("Plaintiffs") "Motion for Entry of Partial Final Judgment" (Dkt. No. 105); Defendant/Counterclaimant Robert White's ("Defendant") Opposition thereto (Dkt. No. 106); and Plaintiffs' Reply (Dkt. No. 107). Plaintiffs seek entry of partial final judgment, pursuant to Federal Rule of Civil Procedure 54(b), of that portion of this Court's Memorandum Opinion and Order granting Summary Judgment for Plaintiffs (Dkt. Nos. 67; 66) and Memorandum Opinion and Order entering judgment in favor of Plaintiffs (Dkt. Nos. 93; 92), that was affirmed by the United States Court of Appeals for the Third Circuit (Dkt. No. 97).

**UPON CONSIDERATION** of Plaintiffs' Motion for Entry of Partial Final Judgment, Defendant's Opposition thereto, Plaintiffs' Reply, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiffs' Motion for Entry of Partial Final Judgment (Dkt. No. 105) is **GRANTED**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 54(b), **FINAL JUDGMENT** is **ENTERED IN FAVOR OF PLAINTIFFS** in the amount of $2,453,874.02 for damages associated with the Amended Wong/Day Loan, as set forth in this Court's Orders and Memorandum Opinions entered on September 30, 2015 and June 12, 2017; and it is further

**ORDERED** that post-judgment interest shall accrue on this damage award at the federal statutory rate, pursuant to 28 U.S.C. § 1961(a), from June 13, 2017 until the entire judgment is satisfied, as set forth in this Court's Order and Memorandum Opinion entered on June 12, 2017.

**SO ORDERED**.

Date: January 13, 2022

_______/s/_______
WILMA A. LEWIS
District Judge