**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **GINA R. DAY, MELISSA W. AAGESEN, DAVID WONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:13-44** |
| | : | |
| **ROBERT W WHITE** | : | |

# ORDER

**AND NOW**, this 2nd day of October 2026, upon noting Plaintiffs ask the Clerk of Court to certify (ECF 147) a January 13, 2022 Judgment (ECF 113), noting our May 29, 2026 Order entering judgment in favor of the Plaintiffs for a different amount plus post-judgment interest (ECF 143), while also mindful of an appeal in No. 18-cv-18, and for good cause, it is **ORDERED** we **grant** each party leave to file a Memorandum not exceeding five pages on or before **October 9, 2026** showing cause as to why we should direct the Clerk of Court to certify the January 13, 2022 Judgment.

**KEARNEY, J.**