**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **GINA R. DAY, MELISSA W. AAGESEN, AND DAVID WONG,**<br><br>**PLAINTIFFS,**<br><br>**V.**<br><br>**ROBERT WHITE A/K/A ROBERT W. WHITE,**<br><br>**DEFENDANT.** | **CIV. NO. 1:13-CV-44** |

**DEFENDANT ROBERT W. WHITE'S RESPONSE TO ORDER OF OCTOBER 2, 2026**

Defendant Robert W. White responds to the Court's Order of October 2, 2026, granting the parties leave to show cause why the Court should direct the Clerk to certify the January 13, 2022 Judgment.

The Rule 54(b) determination the Judgment required has already been made. On January 13, 2022, the Court found "that there is no just reason for delay of final judgment as to the Amended Wong/Day Loan," ECF 114 at 14, and entered final judgment on that claim "pursuant to Federal Rule of Civil Procedure 54(b)," ECF 113 at 2. White did not appeal, and the time to do so expired in February 2022. Fed. R. App. P. 4(a)(1)(A). The Judgment has therefore "become final by . . . expiration of the time for appeal." 28 U.S.C. § 1963. White's pending appeal does not change that. Appeal No. 26-2621 was taken from the Court's May 29, 2026 order on the BSC Loan (ECF 143), *see* ECF 144, and is the subject of a pending motion to set aside the Third Circuit's August 20, 2026 order of dismissal. It does not reach the January 13, 2022 Judgment, from which no appeal was taken. White therefore is not aware of a good

faith basis to oppose an order directing the Clerk to certify that Judgment.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Defendant

Dated: October 8, 2026

By: /s/ Andrew C. Simpson

Andrew C. Simpson (VI Bar 451)
2191 Church Street, Suite 5
Christiansted, VI 00820
340.719.3900
asimpson@coralbrief.com