**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **GINA R. DAY, MELISSA W. AAGESEN, DAVID WONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 1:13-44** |
| | : | |
| **ROBERT W WHITE** | : | |

# ORDER

**AND NOW**, this 13th day of October 2026, upon considering the parties' Responses (ECF 149, 150) to our October 5, 2026 Order (ECF 148) confirming both parties' understanding of the applicable law allowing certification of a judgment in favor of the Plaintiffs as currently forwarded to the Clerk of Court (ECF 147), and for good cause, it is **ORDERED** we direct the Clerk of Court forthwith enter the certification of judgment consistent with the Notice of filing (ECF 147).

**KEARNEY, J.**