UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-133

No. 26-2621

Gina R. Day;
Melissa W. Aagesen;
David Wong

v.

Robert W. White,
Appellant

(D.V.I. No. 1:13-cv-00044)

Present: KRAUSE, CHUNG and MASCOTT, *Circuit Judges*

1. Motion to Reopen Appeal and Extension of Time to File Brief and Appendix for 14 days;

2. Response in Opposition to Motion to Reopen.

3. Reply in Support of Motion to Reopen.

Respectfully,
Clerk/sb

ORDER

The foregoing motion is GRANTED. Appellant’s brief and appendix shall be filed fourteen (14) days from the date of this order.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: October 9, 2026
Sb/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk